UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:  Gary & Mariellen Giampa              Case No. 11-38603

       Debtors                                    Hon. Donald R. Cassling

### TRUSTEE'S REPLY TO CITIMORTGAGE'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE

### UNDER RULE 3002.1 (f)

    Glenn Stearns, Chapter 13 Standing Trustee, paid the mortgage arrears in the amount of $1,100 pursuant to the confirmed plan.  The mortgage company never objected to confirmation of the plan.  Subsequent to confirmation, the mortgage company filed a proof of claim with a higher arrears amount, $1,131.34 but section E5 of the confirmed plan was never amended to pay this higher claim amount.  The trustee administered the claim per the terms of the confirmed plan.  Therefore, the trustee paid the mortgage arrears correctly as the confirmed plan controls in the Northern District of Illinois, Eastern Division.

Date:  5/11/15                                                          /S/  Pamela L. Peterson

                                                      For:  Glenn Stearns, Chapter 13 Standing Trustee